■ HERBIL HOLDING Co., Respondent, v CARL HEIN, Appellant. (Action No. 1.) EDWARD HERMANS, Respondent, v HERBIL HOLDING Co., Defendant, and CARL HEIN, Appellant. (Action No. 2.)—

Ordered that the order is affirmed, with one bill of costs, for reasons stated by Justice Brucia in the Supreme Court. Mangano, J. P., Bracken, Eiber and Harwood, JJ., concur.